```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT PIERCE DIVISION
              CASE NO. 06-14054-CR-GRAHAM(s)
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

MARIA CARDENAS,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on March 13, 2007. A Report and Recommendation filed on March 20, 2007 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count Thirteen of the Superseding Indictment.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 6th day of June, 2007.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Beth Sreenan, AUSA
        David Pleasanton, Esq.
```